UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK RIOS-JIMENEZ,

Defendant.

CASE NO. CR18-0104-JCC

ORDER

This matter comes before the Court on Defendant's unopposed motion to extend the indictment deadline (Dkt. No. 18). Having thoroughly considered the motion, Defendant's waiver of speedy indictment (Dkt. No. 19), and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

The Court concludes that it would be unreasonable to require the filing of an indictment within the period required by statute. Without an extension, the Government and defense counsel would be denied the reasonable time necessary to pursue negotiations and for effective preparation, taking into account the exercise of due diligence. Therefore, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy indictment.

The Court therefore ORDERS that the date on or before an indictment must be filed is hereby EXTENDED from May 24, 2018 to July 13, 2018.

1         The Court further ORDERS that period of delay from May 24 to July 13, 2018, is

2 excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time

3 limitations imposed by the Speedy Trial Act.

4         DATED this 15th day of May 2018.

5

6

7

8                               John C. Coughenour
                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR18-0104-JCC
PAGE - 2