THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0104-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERICK RIOS-JIMENEZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to the Court's order granting Defendant's motion for revocation of his pretrial detention order (Dkt. No. 22), the Court refers this case to the Criminal Magistrate Duty Judge for the purpose of holding a bond hearing. The Clerk is DIRECTED to send a copy of this order to the Criminal Magistrate Duty Judge.

DATED this 29th day of May 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
CR18-0104-JCC
PAGE - 1