THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERICK RIOS-JIMENEZ,<br><br>　　　　　　　　Defendant. | CASE NO. CR18-0104-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to indict (Dkt. No. 28) and Defendant's waiver of a speedy indictment (Dkt. No. 29). The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Defendant. Further, the interest of justice is served by granting an extension to afford counsel reasonable time necessary for effective preparation and advising.

Accordingly, it is ORDERED that the date on or before an indictment must be filed is extended to August 31, 2018. It is FURTHER ORDERED that the period of delay from on or about July 13, 2018 to August 31, 2018 is excludable time pursuant to Title 18, U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial

1. Act.

2. DATED this 26th day of June 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk