1

2

3

4

5

6

7

8

9

The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK RIOS-JIMENEZ,

Defendant.

NO.  CR18-104-JCC

GOVERNMENT'S MOTION TO
DISMISS INFORMATION

*Noted: August 31, 2018*

18

19

20

21

        The United States of America, by and through Annette L. Hayes, United States
Attorney for the Western District of Washington, and Stephen Hobbs, Assistant United
States Attorney, submit this motion to dismiss the Information pursuant to Rule 48 of the
Federal Rules of Criminal Procedure.

22

23

24

25

26

27

28

*//*

*//*

*//*

*//*

*//*

*//*

Motion to Dismiss Information/*United States v. Rios-Jimenez*
CR18-104-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The government respectfully requests this Court to dismiss, without prejudice, the

2   Information in the above-entitled cause.

3

4    Dated this 17th day of August, 2018.

5                                                      Respectfully submitted,

6
                                                       ANNETTE L. HAYES
7                                                      United States Attorney

8

9                                                      s/ Stephen Hobbs
                                                       STEPHEN HOBBS
10                                                     Assistant United States Attorney
                                                       United States Attorney's Office
11                                                     700 Stewart Street, Suite 5220
                                                       Seattle, WA 98101
12
                                                       Telephone:  (206) 553-4301
13                                                     E-Mail:  stephen.p.hobbs@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Dismiss Information/*United States v. Rios-Jimenez*
CR18-104-JCC - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

 *s/ Matthew Smith*
MATTHEW SMITH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-8459
Fax: 206-553-0755
E-mail: Matthew.Smith7@usdoj.gov

Motion to Dismiss Information/*United States v. Rios-Jimenez*
CR18-104-JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970