THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK RIOS-JIMENEZ,<br><br>Defendant. | CASE NO. CR18-0104-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion to dismiss the Information in this matter (Dkt. No. 31). The motion is GRANTED. The Information (Dkt. No. 8) is dismissed without prejudice. The Clerk is DIRECTED to close the case.

DATED this 23rd day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0104-JCC
PAGE - 1